SCHNUR REALTY CO., INC., Appellant, *v.* 906 INTERVALE AVENUE REALTY CORPORATION et al., Respondents, Impleaded with Another.

Argued April 21, 1937; decided May 25, 1937.

*Hyman J. Reit* for appellant.

*Bernard Hershkopf, Karl Propper* and *Abraham Leichter* for respondents.

Orders reversed and matter remitted to Special Term to proceed in accordance with *Heiman* v. *Bishop* (272 N. Y. 83), with costs in all courts to abide the event. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.